# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIANA SMITH,** | **1:14-cv-1555-LJO-JLT** |
| **Plaintiff,** | **ORDER DISMISSING FOURTH AND FIFTH CLAIMS FOR RELIEF PURSUANT TO STIPULATION (Doc. 9); AND DENYING MOTION TO DISMISS AS MOOT (Doc. 6).** |
| v. | |
| **TEHACHAPI VALLEY HEALTHCARE DISTRICT, et al.,** | |
| **Defendants.** | |

Pursuant to the stipulation of all parties, Doc. 9, and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Fourth Claim for Relief (Unruh Civil Rights Act) and Fifth Claim for Relief (Unfair Competition) are dismissed without leave to amend, each party to bear their own costs and attorney's fees as to those claims.

This stipulation and dismissal moots the pending motion to dismiss, Doc. 6, which concerns only these claims. Accordingly, the motion to dismiss is DENIED AS MOOT, and the hearing on that motion is VACATED.

IT IS SO ORDERED.

    Dated:   **November 19, 2014**         /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE