# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANA SMITH,<br><br>           Plaintiff,<br><br>     v.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRICT, et al.,<br><br>           Defendants. | Case No.: 1:14-cv-01555 JLT<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 18) |

Before the Court is the stipulation of counsel allowing Plaintiff to amend her complaint to seek the remedy of declaratory relief. (Doc. 18-1 at 13) Counsel agree that from the date of the filing of the amended complaint, Defendants will file a responsive pleading and they may assert different or additional affirmative defenses from those stated before. (Doc. 18 at 2) Therefore, based upon the stipulation, the Court **ORDERS**:

    1.    The stipulation is **GRANTED** as follows:

        a.    Plaintiff SHALL file her first amended complaint within five days;

        b.    Defendants SHALL file their responsive pleading within 14 days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:   **April 16, 2015**                    **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE