Christopher H. Knauf, State Bar No. 185180
 *ck@goodlaw.biz*
Laura N. Diamond, State Bar No. 185062
 *laura@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 205
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263
Attorneys for Plaintiff

T. MARK SMITH, ESQ. – SBN 162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Tel: (661) 322-6023  Fax: (661) 322-3508
Attorneys for Defendant
TEHACHAPI VALLEY HEALTHCARE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANA SMITH, on behalf of herself and the general public,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRCIT, a public entity; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  1:14-CV-1555 (JLT)<br><br>**STIPULATION AND ORDER CONTINUING DISCOVERY AND EXPERT DEADLINES**<br><br>**(Doc. 24)** |

COME NOW, the parties to the above-identified litigation, and hereby stipulate as follows:

1

1  **WHEREAS**, pursuant to this Court's Status (Pre-Trial Scheduling) Order dated January 20, 2015, any dispositive motions in this matter are presently required to be heard no later than January 20, 2016, with filing of dispositive motions no later than December 8, 2015; any non-dispositive motions in this matter are presently required to be heard no later than November 23, 2015, with filing of non-dispositive motions no later than December 8, 2015; non-expert discovery cut-off is no later than September 30, 2015; expert discovery cut-off is no later than October 15, 2015; expert disclosure is no later than August 14, 2015; and rebuttal expert disclosure is no later than September 8, 2015;

**WHEREAS** the parties are engaged in ongoing settlement negotiations;

**WHEREAS** the parties believe that an extension of time on the above mentioned deadlines would facilitate the ongoing discussions;

**IT IS HEREBY STIPULATED** that the parties agree to the following modifications to the Scheduling Order:

| | | |
|---|---|---|
| Deadline for Non-Expert Discovery | - | October 28, 2015 |
| Deadline for Expert Discovery | - | November 5, 2015 |
| Non-Dispositive Motion Filing Deadline | - | November 9, 2015 |
| Dispositive Motion Filing Deadline | - | December 22, 2015 |
| Disclosure of Expert Witnesses | - | August 28, 2015 |
| Disclosure of Rebuttal Expert Witnesses | - | September 22, 2015 |

DATED:  July 31, 2015                               KNAUF ASSOCIATES


By:  */s/ Christopher Knauf*
    CHRISTOPHER KNAUF
    Attorneys for Plaintiff
    KRISTIANA SMITH
     (as authorized 7/31/2015)

DATED:  July 31, 2015                                  CLIFFORD & BROWN


                                            By:  */s/ T. Mark Smith*
                                                  T. MARK SMITH
                                                  Attorneys for Defendant
                                                  TEHACHAPI VALLEY
                                                  HEALTHCARE  DISTRICT


# **ORDER**

In the stipulation, counsel explain that they are engaged in settlement discussions and, therefore, wish to extend the case deadlines.  (Doc. 24) Presumably the extension is to allow the parties to focus on settlement without expending further resources toward discovering the case.[1] The parties do not explain what discovery remains to be completed but when the parties filed their joint mid-discovery status report it appeared that there was little left to do.  (Doc. 22)  Only because there is excess time in the schedule, the Court will **GRANT** the request (Doc. 24) as follows:

1. The case schedule is amended as follows:

    a. Non-expert discovery **SHALL** be completed **no later than October 28, 2015** and expert discovery **SHALL** be completed **no later than November 5, 2015**;

    b. Experts **SHALL** be disclosed **no later than August 28, 2015**;

    c. Rebuttal experts **SHALL** be disclosed **no later than September 22, 2015**;

    d. Non-dispositive motions **SHALL** be filed **no later than November 9, 2015** and heard no later than December 7, 2015.

    e. Dispositive motions **SHALL** be filed **no later than December 21, 2015** and heard no later than February 5, 2016.  Toward this end, opposing papers **SHALL** be filed no later than

---

[1] Generally, the desire to engage in settlement discussions is not good cause to amend a case schedule.  Such a future desire is known to the parties at the time of the making of the case schedule and, therefore, they should have proposed a case schedule that would have taken this possibility into account.

January 15, 2016 or 25 days after the filing of the motion, whichever is earlier.  The reply, if any, **SHALL** be filed no later than January 25, 2016 or no later than ten days after the filing of the opposition, whichever is earlier.

**Absolutely no other amendments to the case schedule are authorized nor will any further requests to modify the case schedule be entertained absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **August 4, 2015**                             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

4