1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANA SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRICT, et al.<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01555 JLT<br><br>ORDER AFTER NOTICE OF TENTATIVE SETTLEMENT<br><br>(Doc. 27) |

On September 24, 2015, the parties notified the Court they have reached a tentative agreement to resolve the matter. (Doc. 27) Though ratified by Defendant's governing board, the written agreement must be finalized and approved by Defendant's executive staff and general counsel. Id. at 2. Rather than expend further resources completing discovery, the parties ask the Court to extend imminent deadlines, to allow time to complete the settlement agreement. Id. Counsel anticipate completing the settlement within two weeks. Id. Therefore, based upon the stipulation, the Court **ORDERS**:

　　　1.　　The stipulation is **GRANTED**:

　　　2.　　All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**

///

///

1

3. The stipulated request for dismissal **SHALL** be filed no later than **November 20, 2015**.

IT IS SO ORDERED.

Dated: **September 24, 2015**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE