Christopher H. Knauf, State Bar No. 185180
  *ck@goodlaw.biz*
Laura N. Diamond, State Bar No. 185062
  *laura@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 205
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263
Attorneys for Plaintiff

T. MARK SMITH, ESQ. – SBN 162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Tel: (661) 322-6023  Fax: (661) 322-3508
Attorneys for Defendant
TEHACHAPI VALLEY HEALTHCARE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANA SMITH, on behalf of herself and the general public,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRCIT, a public entity; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  1:14-CV-1555 (JLT)<br><br>**STIPULATION OF DISMISSAL**<br><br>(Doc. 29) |

\\\

1
STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to *FRCP* 41(a)(1) and that each party will bear his/her/its own attorneys' fees and costs.

DATED: October 22, 2015        KNAUF ASSOCIATES

By: */s/ Christopher Knauf*
CHRISTOPHER KNAUF
Attorneys for Plaintiff
KRISTIANA SMITH
(as authorized 10/22/2015)

DATED: October 22, 2015        CLIFFORD & BROWN

By: */s/ T. Mark Smith*
T. MARK SMITH
Attorneys for Defendant
TEHACHAPI VALLEY
HEALTHCARE  DISTRICT

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  **October 26, 2015**             */s/ Jennifer L. Thurston*
UNITED STATES MAGISTRATE JUDGE